GEORGE FOSTER VS. EASTERN TRUST & BANKING CO.

Aroostook County. Decided October 11, 1913. On motion to set aside a verdict of a jury. The evidence was conflicting. Although we might have decided the question of fact differently from the way the jury did, we cannot say that the jury were not warranted in believing the plaintiff's version, and in returning a verdict for him. Motion for a new trial overruled. *Shaw, Burleigh & Shaw*, for plaintiff. *Madigan & Pierce*, for defendant.

---

JAMES G. GAMMON et al. *vs.* JOHN P. LIBBY.

Oxford County. Decided October 13, 1913. A real action for the recovery of a strip of land in Hartford. The verdict was for the plaintiff and defendant files a motion for a new trial. The evidence was conflicting and, while, it is possible that upon the evidence the court, if the issue had been submitted to it, might have come to a different conclusion, it is our opinion that there was sufficient evidence to sustain the action of the jury and that the motion must be overruled. Motion overruled. *Frederick R. Dyer, and McGillicuddy & Morey*, for plaintiff. *E. M. Briggs and John P. Swasey*, for defendant.